**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

Reid Parr, *et al.*,

          *Plaintiffs*,

      v.

BitPay, *et al*,

          *Defendants*.

Case No. 4:25-cv-00850

**Affidavit of Marshal Hoda**

I, Marshal Hoda, state and swear as follows.

1.     My name is Marshal J. Hoda. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein. I represent the plaintiffs Reid Parr, Daniel Adams, Samuel Adams, Bradley Long, and Dylan Bost (collectively, "Plaintiffs") in this matter. I offer this declaration in support of Plaintiffs' request that the Court issue a freezing order and authorize expedited discovery without notice to the Defendants.

2.     The cases cited in the Motion at pages 9 and 10 show that courts can and often do grant *ex parte* restraining orders where the movant shows that the adverse party or persons similar to the adverse party have a history of or a tendency toward the destruction of evidence, dissipation of assets, or violation of court orders. I am uniquely qualified to confirm that the

Defendants in this case, and persons similar to them, not only have these tendencies, but will engage in these behaviors almost as a matter of definition if given the opportunity.

3.      My firm is one of only a handful nationwide that routinely takes on pig-butchering scam victims as clients. I believe I am one of the most experienced attorneys in this area in the country. I have personally interviewed approximately 300 victims of pig-butchering scams. My firm has approximately 70 pig-butchering scam victims as current clients.

4.      I have secured many freezing orders and orders granting expedited discovery in pig-butchering cases and personally supervised the implementation of those orders and the expedited-discovery process. I have learned that the perpetrators of pig-butchering scams use every tool available to them to place the assets they steal from hardworking Americans beyond the reach of the U.S. courts. And they do everything they can to destroy evidence before it can be obtained by law enforcement or victims' attorneys.

5.      For reasons of convenience and security, pig-butchering scammers typically consolidate stolen assets from many victims in accounts they control at trusted cryptocurrency exchanges like Binance and OKX. These well-established exchanges typically comply with freezing orders issued by U.S. courts. But the scammers' consolidation of assets at these 'compliant' exchanges is temporary. Within a short period—typically weeks or at most a few months, in my experience—the scammers will then (i) further

transfer the stolen assets to non-compliant "rogue" exchanges where they cannot be frozen, (ii) further transfer the stolen assets to self-custody addresses where, again, they cannot be frozen, or (iii) exchange the stolen cryptocurrencies for fiat currencies and withdraw those fiat assets to bank accounts in countries like Cambodia, Laos, or Myanmar. Once the scammers have made these transfers, asset recovery is either impossible or extremely resource-intensive, depending on the case.

6.      For these reasons, when a pig-butchering scam concludes, the victim has a limited time to identify any 'compliant' cryptocurrency-exchange accounts to which the scammers transferred their assets and secure freezes of those accounts. This is why it is so important for us to implement a freeze of the Binance and OKX accounts at issue in this case immediately, and without notice to the defendants.

# SIGNATURE PAGE

I hereby swear, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Marshal Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

August 22, 2025

State of Nevada

County of Clark

Signed and sworn to (or affirmed) before me    on 08/22/2025 by Marshal Hoda.

**Carlos Pittman**
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 21-5441-01
Expires March 7, 2029

Carlos Pittman
Notary Public, State of Nevada

Notarized remotely using audio-video communication technology via Proof.

- 4 -