# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REID PARR, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 4:25-cv-850 |
| | § | Judge Mazzant |
| BITPAY, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for *Ex Parte* Temporary Restraining Order & Order Authorizing Expedited Discovery (Dkt. #5). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

The Court accordingly **ORDERS** that the accounts associated with the below blockchain addresses (the "Target Addresses") and Destination Exchanges should be frozen:

| Blockchain Address | Destination Exchange |
|---|---|
| TVmjtVYSLEZU5TLgYQpKwqsJyJe3himdza | Binance |
| TKU9CiVVMM1MAqzbf9e3b6RheDneoaCDHY | OKX |
| TNRFemLi5CGccMffZz594bh1hR7TFVu7fL | Binance |
| TQbQ2M5whiNAjuA9Xxv8jBdZjHT7xqo2kc | Binance |
| TNgnTuDwxuEKPk4fjSYCBSuU96NXoyZfPd | Binance |

| Blockchain Address | Destination Exchange |
|---|---|
| TPR9DD3iPj5hWow9FxuyPFnnh9AKkXMZoR | OKX |
| TNaxq8MPxiZRokmcpq6M445sc37Dn6wN65 | Binance |
| TKWVK8hmf6pd3MLwT1q8pBeRG67GrXrnC5 | OKX |
| TD9Xsb9L43NStQ5EAx37AfoD8S6yDZJoWp | OKX |
| TAFpHLK7vyzcRtXiq3XL6Jod2Ek4mcUtog | OKX |
| TAysk5TZcvW216qiJUPR92nnbsTfoSfusW | Binance |
| TLaGjwhvA8XQYSxFAcAXy7Dvuue9eGYitv | OKX |
| THzHQN9MYQJHT7HEnUnrsA7h3QTbVsUpH1 | Binance |
| TYoBp6UwPbnHKDYir5FV8hPeKzKiUsdStg | Binance |
| TGj8Be7yWKS1W34MWANG2Vzv6tFfX8csNi | Binance |
| TFSqLpTUa8s6iLGEu44kMkdrQ1ftorVycw | OKX |

Accordingly, the Court hereby **ORDERS** that Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of

this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division or other device, or any of them, are hereby restrained from withdrawing, transferring, or encumbering any assets currently held by, for, or on behalf of the persons controlling the accounts associated with the above-listed target addresses, or any business entity through which they act or which acts in active concert or participation with them; including but not limited to those assets currently held at or for the Target Addresses and Destination Exchanges.

It is further **ORDERED** that Plaintiffs' request to issue expedited discovery should be **GRANTED**. Plaintiffs are authorized to serve subpoenas on the third parties and other persons or entities likely to be in possession of information about the Defendants in this matter. Such subpoenas shall comply with Rule 45 and shall be served along with a copy of this Order. All subpoenaed parties shall produce the materials sought in the subpoena to Plaintiffs' counsel within fourteen days of their receipt of Plaintiffs' subpoena and this Order.

It is further **ORDERED** that a Temporary Restraining Order without notice is entered on this 27th day of August 2025 at 12:53 p.m. and shall remain in effect for fourteen days. Plaintiffs will not be required to post bond at this juncture. Plaintiffs may, however, be required to post bond at a later time.

It is further **ORDERED** that this matter should be set for hearing at 5:15 p.m. on Wednesday, September 10, 2025 at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, TX 75090.

**IT IS SO ORDERED.**

**SIGNED this 27th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE