# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| REID PARR, ET AL, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-850 |
| v. | § | Judge Mazzant |
| | § | |
| BITPAY, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiffs′ Motion for Preliminary Injunction (Dkt. #7). On September 10, 2025, the Court held a hearing on the merits. After considering Plaintiffs′ arguments and the briefing, the Court orally granted the Motion for Preliminary Injunction and indicated that the Court would extend the existing TRO for an additional fourteen days for good cause and to give the Court time to draft the order granting the preliminary injunction. Despite notice, no Defendant appeared.

It is therefore **ORDERED** that, on this 10th day of September, 2025, at 5:28 p.m., the Temporary Restraining Order without notice shall extend for fourteen days beyond its current effective period and terminate on September 24, 2025 (*See* Dkt. #6).

**IT IS SO ORDERED.**

**SIGNED this 10th day of September, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE