UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Reid Parr, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> BitPay, *et al.*, <br><br> *Defendants*. | Case No. 4:25-CV-00850 <br><br><br> **Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on September 19, 2025, I served defendant BitPay with the Summons and First Amended Complaint via WhatsApp as authorized in the September 18, 2025 Order Granting Plaintiff's Motion for Alternative Service.

- 1 -

- 2 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   September 19, 2025