UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


TRANSFER ORDER


The following defendants are hereby TRANSFERRED to the docket of the

Honorable District Judge Marcia A. Crone:


1.      United States of America v. Josmar Eric Sanchez Arcos
        4:23CR106(4);

2.      United States of America v. Edgar Salinas
        4:23CR269(11);

3.      United States of America v. Abel Valdez
        4:24CR20(2);

4.      United States of America v. Alejandro Hernandez-Rojas
        4:24CR199.1

5.      United States of America v. Andrea Renee Curtis
        4:24CR220.1

6.      United States of America v. Ravi Mehta
        4:25CR046.1

7.      United States of America v. Sharon Renee Martin
        4:19CR277.60

8.      United States of America v. Gustavo Adolfo Galvez Hernandez
        4:20CR175.1

9.      United States of America v. Courtnie Lynn Powers
        4:23CR164.10

10.     United States of America v. Roberto Cruz-Garcia
        4:23CR246.1

**SIGNED this 23rd day of September, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE