# UNITED STAES DISTRICT COURT

EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | |
|---|---|
| Reid Parr, Dylan Bost, Bradley Long Daniel Adams, and Samuel Adams <br>     Plaintiffs <br><br> vs. <br><br> Bitpay, Ran Kim, et al <br><br>     Defendant | Cause No. 4:25-cv-00850 |

## ENTRY OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

The undersigned attorney, Yoonjung Cho, of Yoonjung Cho Law Office, hereby enters an appearance as counsel of record for the Defendant Ran Kim in the above-captioned matter.

Yoonjung Cho is admitted to practice in the United States District Court for the Eastern District of Texas and is in good standing with the Court.

All future correspondence, pleadings, and notices should be directed to the undersigned at the address provided below.

Respectfully submitted,

YOONJUNG CHO LAW OFFICE
2600 MacArthur Blvd. Ste 701
Lewisville, Texas 75067
Tel: (484) 800-2106

By: */S/ Yoonjung Cho*
Yoonjung Sul Cho
State Bar No. 24123033
yjcholaw@gmail.com
Attorney for Defendant Ran Kim

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Request for Production to Defendant BNSF Railway Company was served by e-service and e-mail on this **12th day of December, 2025,** upon Marshall Hoda at marshal@thehodalawfirm.com, counsel for Plaintiffs.

*/s/ Yoonjung S. Cho*

Yoonjung Sul Cho