# UNITED STAES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

Reid Parr, Dylan Bost, Bradley Long §
Daniel Adams, and Samuel Adams §
   Plaintiffs §
            §
vs.             §  Cause No. 4:25-cv-00850
            §
Bitpay, Ran Kim, et al      §
            §
   Defendant       §

## DEFENDANT RAN KIM'S INITIAL DISCLOSURE

Defendant Ran Kim, by and through counsel, hereby provide her Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), the Court's Order Governing Proceedings, and the Local Rules of the Eastern District of Texas. These disclosures are based on information presently known and are subject to supplementation in accordance with Rule 26(e).

### I. Persons with Discoverable Information

Defendant Ran Kim knows nothing about the causes alleged in the First Amended Petition. However, Defendant Ran Kim identifies the following individuals as might have discoverable information regarding this case. Defendant Ran Kim reserves the right to supplement this list as discovery proceeds.

1. Defendant Ran Kim
2. Defendant Bitpay
3. Defendant Ran Kim's electronic wallet company Bitpie
4. Binance where Defendant Ran Kim has blockchain address which is currently under restraining order

### II. Reimbursement

1. Attorney's fees and cost; and
2. Release of injunctive order.

## III. Insurance

Defendant Ran Kim is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment entered in this action.

## IV. Authorizations

At this time, Defendant Ran Kim is not aware of any authorizations required to be produced pursuant to Local Rule CV-34.

## V. Reservation of Rights

These disclosures are based on information presently known to Defendant Ran Kim. Defendant Ran Kim expressly reserves the right to supplement or amend these disclosures in accordance with Federal Rule of Civil Procedure 26(e) as discovery continues.

Dated: January 16, 2026

            Respectfully submitted,

            YOONJUNG CHO LAW OFFICE
            2600 MacArthur Blvd. Ste 701
            Lewisville, Texas 75067
            Tel: (484) 800-2106

            By: _/s/ Yoonjung Cho_
            Yoonjung Sul Cho
            State Bar No. 24123033
            yjcholaw@gmail.com
            Attorney for Defendant Ran Kim

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendant Ran Kim's Initial Disclosure was served by e-mail on this **16th day of January, 2026,** upon Marshall Hoda at marshal@thehodalawfirm.com, counsel for Plaintiffs.

<em>/s/ Yoonjung Cho</em><br>
Yoonjung Sul Cho, Attorney for Ran Kim