Docusign Envelope ID: C1CF305C-EB12-8013-8ZCF-3EC9CB805E53

# UNITED STAES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | | |
|---|---|---|
| Reid Parr, Dylan Bost, Bradley Long Daniel Adams, and Samuel Adams<br>Plaintiffs | § § § § | |
| vs. | § § | Cause No. 4:25-cv-00850 |
| Bitpay, Ran Kim, et al<br>Defendant | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice against Defendant Ran Kim, with each party to bear its own costs and attorney's fees.

With the approval of this dismiss, the frozen account (Blockchain Address: TYoBp6UwPbnHKDYir5FV8hPeKzKiUsdStg) of Ran Kim will be released.

SO STIPULATED:

**MARSHAL J HODA**

Texas Bar No. 24110009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 770908
Telephone: 832.848.0036
marshal@thehodalawfirm.com
*Attorney for Plaintiffs*

**YOONJUNG S. CHO**

State Bar Number 24123033
2600 MacArthur Blvd.
Ste 701
Lewisville, TX 75067
Telephone: 484.800.2106
yjcholaw@gmail.com
*Attorney for Defendant Ran Kim*

SETTLEMENT AGREEMENT                                                    5