**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Reid Parr, Daniel Adams, Samuel Adams, Dylan Bost, and Bradley Long,<br><br>*Plaintiffs*,<br><br>v.<br><br>BitPay, a general partnership, Huang Hao Lin, and John Does 1 - 20,<br><br>*Defendants*. | Case No. 4:25-cv-00850<br><br>**Plaintiffs' Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Reid Parr, Daniel Adams, Samuel Adams, Dylan Bost, and Bradley Long hereby provide notice of voluntary dismissal of their claims against defendants BitPay, Huang Hao Lin, and John Does 1 – 20 without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

Dated: September 9, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*/s/ Mathias Raphael*

**Mathias Raphael PLLC**
Damon Mathias
Texas Bar No. 24080170
Ori Raphael
Texas Bar No. 24088273
Mathias Raphael PLLC
13101 Preston Road, Suite 501
Dallas, TX 75240
214-739-0100
Fax: 214-739-0151
Email: damon@mr.law
Email: ori@mr.law

*Attorneys for Plaintiff*