**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

Reid Parr, Daniel Adams, Samuel Adams, Dylan Bost, and Bradley Long,

*Plaintiffs*,

v.

BitPay, a general partnership, Huang Hao Lin, and John Does 1 - 20,

*Defendants*.

Case No. 4:25-cv-00850

**Proposed Order of Dismissal**

**ORDER**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' claims against Defendants BitPay, a general partnership, Huang Hao Lin, and John Does 1–20 are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.